UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
ANTONIO FERRI,

                    Plaintiff,

-against-

JAN M. BERKOWITZ, EDWARD GRIECO,
EDWARD WILSON, and JMB GROUP, LLC.

                    Defendants.

JAN M. BERKOWITZ and JMB GROUP,
LLC.,

                    Third Party Plaintiffs,

-against-

MATTEO PATISSO, LIQUID BRICK, INC.,
and NATIONAL FRAUD CONSTABLE,

                    Third Party Defendants.
------------------------------------------------------X

MEMORANDUM AND ORDER

CV 09-182
(Wexler, J.)

APPEARANCES:

    BRUCE H. KAPLAN, ESQ.
    Attorney for Plaintiff
    35 Pinelawn Road, S104E
    Melville, New York 11747

    LAW OFFICES OF BRUCE E. BALDINGER, LLC.
    BY: BRUCE BALDINGER, ESQ.
    Attorneys for Defendants Jan Berkowitz and JMB Group, LLC
    365 South Street, Morristown, NJ 07960

    Matteo Patisso
    Third Party Defendant, Pro Se
    57 A Hillwood Drive
    Huntington Station, NY 11746

WEXLER, District Judge

This is an action that, as originally stated, set forth state law claims for fraud and breach of agreement as well as federal claims brought pursuant to the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1962 ("RICO"). This court has previously dismissed all claims against Defendant Edward Wilson for lack of personal jurisdiction. Additionally, the court dismissed all claims against all Defendants that were alleged pursuant to RICO, for failure to state a claim. A motion to reconsider that decision was similarly denied.

Presently before the court is a Report and Recommendation ("R&R") of the assigned Magistrate Judge, Arlene R. Lindsay. The R&R recommends that the Third Party Defendant's answer be stricken and that Defendant/Third Party Plaintiffs be given leave to thereafter apply for a judgment of default.

The R&R is dated January 31, 2011, and was filed on the Court's ECF system as of that date. Despite this court's granting of additional time in which to do so, the time to file objections has passed. Accordingly, the R&R is hereby adopted. See 28 U.S.C. §636 (b)(1)(c); Fed. R. Civ. P. 72.

## CONCLUSION

The R&R dated January 31, 2011 is hereby adopted. An appropriate judgment of default may be submitted to this court.

SO ORDERED.

LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
May 10, 2011

2